# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEEM WILLIAMS | : | |
| v. | : | CIVIL ACTION NO. 13-2370 |
| MARIROSA LAMAS, et al. | : | |

## ORDER

**AND NOW**, this 31st day of October 2013, upon careful and independent consideration of the petition for writ of habeas corpus and Petitioner's Motion to Stay, and after a review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. Petitioner's Motion to Stay [Doc. No. 10] is **GRANTED** and the petition for writ of habeas corpus will remain in suspense until the conclusion of Petitioner's state court proceedings;

3. The parties shall notify the Court within 30 days of the conclusion of state court proceedings so that the habeas petition may proceed in this Court.

It is so **ORDERED.**

                                                   **BY THE COURT:**

                                                   **/s/ Cynthia M. Rufe**

                                                   _____

                                                 **CYNTHIA M. RUFE, J.**